AO 442 (Rev. 01/09) Arrest Warrant

FILED
Charlotte
Oct 08 2025
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

**RECEIVED**
**UNITED STATES MARSHAL**

**4:41 pm, Apr 16 2025**

**WESTERN NORTH CAROLINA**
**CHARLOTTE**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 5:25-CR-18-003-KDB |
| (3) GERRY MICHAEL TURPIN | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_      (3) GERRY MICHAEL TURPIN                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute Methamphetamine

Date:      4/16/2025

_Issuing officer's signature_

City and state:      Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
_Printed name and title_

---

**Return**

This warrant was received on _(date)_  4-16-25  , and the person was arrested on _(date)_  10-1-25
at _(city and state)_  CHARLOTTE, NC  .

Date:  10-6-25

_Arresting officer's signature_

B. ROYALS, DUSM
_Printed name and title_

---