# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTY LEE ASHLEY<br><br>Defendant. | 5:25-cr-00018-SCR |

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE

Kristy Lee Ashley, by and through her counsel of record Carson Smith, Assistant Federal Public Defender, hereby requests that this Court continue the trial date presently scheduled for March 9, 2026, and all pretrial motion deadlines. As grounds therefore, it is averred:

1. On October 1, 2025, Ms. Ashley was arraigned pursuant to an indictment charging her with one count of conspiracy to possess with intent to distribute methamphetamine and one count of possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A). Ms. Ashley was ordered released.

2. Discovery in this case is voluminous, and defense counsel needs additional time to complete the discovery review. This case involves three different defendants, undercover purchases, hours of interviews, and multiple phone extractions. Defense counsel needs additional time to review the full discovery with Ms. Ashley, advise her so that she can make an informed decision, and discuss the outcome of the case with the government.

3. Furthermore, defense counsel received a new production of discovery on February

1

3, 2026. Defense counsel will need time to investigate the reports received as part of this new production.

4. This is Ms. Ashley's third motion for a continuation, however, only seventeen days have passed between the second and third motion to continue filings.

5. Under these circumstances, the ends of justice served by a continuance of the trial date would outweigh the best interests of the public and the defendant in a speedy trial.

6. The government has no objection to this motion.

**WHEREFORE**, Kristy Lee Ashley requests a continuance of her trial date to the next available term of the court and a corresponding extension of the pretrial motion and notice deadline.

Respectfully submitted,

s/ Carson Smith
Carson Smith
NC Bar 50997
Assistant Federal Defender
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: carson_smith@fd.org

*Counsel for Kristy Lee Ashley*

Dated: February 6, 2026