**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KRISTY LEE ASHLEY<br>Defendant. | 5:25-cr-00018-SCR |

**UNOPPOSED AMENDED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE**

Kristy Lee Ashley, by and through her counsel of record Carson Smith, Assistant Federal Public Defender, hereby requests that this Court continue the trial date presently scheduled for September 14, 2026, and all pretrial motion deadlines. As grounds therefore, it is averred:

1. On October 1, 2025, Ms. Ashley was arraigned pursuant to an indictment charging her with one count of conspiracy to possess with intent to distribute methamphetamine and one count of possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A). Ms. Ashley was ordered released.

2. Defense counsel has diligently negotiated this case with the government. On June 24, 2026, defense counsel met with the assigned Assistant United States Attorney (AUSA) to discuss a potential plea agreement. The negotiating process continued into July, however, the case was reassigned to a different AUSA prior to the parties reaching terms. Defense counsel has a meeting scheduled with the newly assigned AUSA. Defense counsel needs time to discuss the case with the newly assigned AUSA and review any potential plea agreement with Ms. Ashley.

3. This is Ms. Ashley's sixth motion for a continuation, however, only seventeen days

passed between the second and third motion to continue filings.

4. Under these circumstances, the ends of justice served by a continuance of the trial date would outweigh the best interests of the public and the defendant in a speedy trial.

5. The government has no objection to this motion.

**WHEREFORE**, Kristy Lee Ashley requests a continuance of her trial date to the next available term of the court and a corresponding extension of the pretrial motion and notice deadline.

Respectfully submitted,

s/ [signature]

Carson Smith
NC Bar 50997
Assistant Federal Defender
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: carson_smith@fd.org

***Counsel for Kristy Lee Ashley***

Dated: August 20, 2026